COURT OF CRIMINAL APPEALS

AUSTIN,TEXAS                                        Date:9-8-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

RE: Questions to the Clerk

Dear Clerk,

   I'm writting to you with some questions concerning the New Junk
Science Writ. There is little or no information available about
this writ.
1. Can I file this writ directly to the Court of Criminal Appeals
   or do I file it with the convicting Court?
2. Is there a standard form of application for the Habeas Corpus
   11.073 or am I allowed to write my own?
3. Is a 6-Man photo array considered science or procedure, where
   DNA has proven time and time again that it is unreliable, as in
   eyewitness testimony?

                        Thank You for your time.


                              Sincerely,
                              Robert A. Rabe #1151504
                              1697 fm 980 Ellis Unit
                              Huntsville,Texas 77343




c.c.
file